(No. 75-CC-575—

GUARANTY CREDIT CORPORATION, Agents for SEVEN DRASK BROTHERS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed February 4, 1975.*

GUARANTY CREDIT CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.